```
 1                 UNITED STATES DISTRICT COURT
 2                 EASTERN DISTRICT OF LOUISIANA
 3
 4   LA CARRIERS, LLC, as owner  * CIVIL NO. 13-06731
     and operator of the
 5   M/V TRISTEN                 * JUDGE ELDON E. FALLON
 6
     VERSUS                      * MAGISTRATE ALMA L. CHASEZ
 7
 8   FIVE B'S, INC., in personam * SECTION L(5)
     M/V BEVERLY G. BARRIOS, in rem
 9   * * * * * * * * * * * * * * * * * * * * * * * *
10            The deposition of CAPTAIN JEFF WALSH, taken
11        in connection with the captioned cause,
12        pursuant to the following stipulations before
13        Lauren Alesi Gaspard, Certified Court Reporter,
14        at the Courtyard by Marriott, 142 Library
15        Boulevard, Houma, Louisiana 70360, on the 3rd
16        day of February 2015, beginning at 9:55 a.m.
17
18
19
20
21
22
23
24
25
```

**Exhibit-2**

```
 1    APPEARANCES:

 2

 3    FOR THE PLAINTIFF, JODY BERNARD:

 4         MR. JASON WELBORN

 5         JOSEPH F. GARR, JR., APLC

 6         617 SOUTH BUCHANAN STREET

           LAFAYETTE, LOUISIANA 70501

 7

 8    FOR THE PLAINTIFF, LA CARRIERS, LLC, as owner and

      operator of the M/V TRISTEN:

 9

           MR. R. PATRICK RAY

10         FRILOT, LLC

           1100 POYDRAS STREET, SUITE 3700

11         NEW ORLEANS, LOUISIANA 70163

12

      FOR THE DEFENDANT, FIVE B'S, INC., TOTAL MARINE

13    LOGISTICS AND M/V BEVERLY G. BARRIOS:

14         MR. JEFF D. PEULER

           STAINES & EPPLING

15         3500 NORTH CAUSEWAY BOULEVARD, SUITE 820

           METAIRIE, LOUISIANA 70002

16

17    FOR THE DEFENDANT, ENTERPRISE MARINE SERVICES, LLC:

18         MR. WILLIAM C. BALDWIN

           JONES WALKER, LLP

19         201 ST. CHARLES AVENUE, 48TH FLOOR

           NEW ORLEANS, LOUISIANA 70170

20

21    ALSO PRESENT:

22    TAYLOR DOSS-OBSERVING STUDENT

23

24

25
```

```
 1            S T I P U L A T I O N
```

 2       It is hereby stipulated by and among counsel

 3   for plaintiff and counsel for defense that the

 4   deposition of

 5            CAPTAIN JEFF WALSH

 6   be taken before Lauren Alesi Gaspard, Certified

 7   Court Reporter, by counsel for the defense for all

 8   purposes, pursuant to notice and to the provisions

 9   of the appropriate statutes of the Code of Civil

10   Procedure of the State of Louisiana.

11       The parties hereto waive all formalities in

12   connection with the taking of said deposition,

13   except the reading and signing thereof, the swearing

14   of the witness and the reduction of the questions

15   and answers to typewriting.

16       Counsel for all parties reserve all objections,

17   except as to the form of the question and

18   responsiveness of the answer, at the time of taking

19   said deposition, but they also reserve the right to

20   make objections at the time said deposition or any

21   part thereof may be offered in evidence, with the

22   same rights as if the testimony had been taken and

23   given in Open Court.

24                    *   *   *

25

Page 12

1    Q    Okay.  Do you know how long you worked there?

2    A    I worked there until 1986, I want to say, when

3         they sold off their boat division.

4    Q    Okay.  And I'm really just trying to get a

5         background of your employment history.

6    A    Right.

7    Q    And for some people it's easier to work, kind

8         of, from the present and the way back.  And

9         then for other people, it's easier for them to

10        remember things starting, kind of what you've

11        done, since LSU, then the first job.  Would it

12        be easier for you to go through it from the

13        latest to the newest, up until Enterprise, or

14        would you rather start with Enterprise and work

15        back?

16   A    It doesn't matter.

17   Q    Okay.  How long have you been with Enterprise?

18   A    According to their records, I started in May of

19        1989.  That's because when Enterprise went and

20        bought out Cenac Towing, as part of their deal,

21        you maintained your seniority.  Your hire date

22        is from when Benny Cenac hired you, which is a

23        real good thing for us.  So, that makes me a

24        twenty-five year plus employee, twenty-six

25        years in May with the company.

| | | |
|---|---|---|
| 1 | Q | Okay.  So you were with Cenac Towing -- |
| 2 | A | Prior -- |
| 3 | Q | -- prior to Enterprise -- |
| 4 | A | -- to Enterprise. |
| 5 | Q | -- and prior to Enterprise buying Cenac Towing? |
| 6 | A | Correct. |
| 7 | Q | Okay.  And then throughout your career at |
| 8 | | Enterprise and Cenac Towing, have you always |
| 9 | | been a boat captain? |
| 10 | A | I started off as a wheel man.  Benny Cenac |
| 11 | | didn't believe in hiring captains.  He wanted |
| 12 | | to see what you could do, so he hired everyone |
| 13 | | as a wheel man.  So, I started there in 1989. |
| 14 | | And within a year of there, I think I was a |
| 15 | | captain of a boat, just through attrition of |
| 16 | | other people. |
| 17 | Q | Right. |
| 18 | A | I was relief captain; they offered me the |
| 19 | | relief captain job.  I took it.  And then he |
| 20 | | bought a new boat and he asked -- I was relief |
| 21 | | captain at the time.  He asked my captain, |
| 22 | | Jerry Sole, whether he wanted the new boat or |
| 23 | | whether to keep the old boat and give me the |
| 24 | | new boat.  And he decided to take the new one. |
| 25 | | So, I took over the MOTOR VESSEL CHRISTY.  I |

1       don't believe I was like maybe a year with the

2       company at the time.

3    Q  Okay.  Is that when you first received your

4       captain's license?

5    A  No, that's not the first company.  When I

6       worked for South Louisiana Contractors is when

7       I first received my captain's license in 1983.

8    Q  Okay.  Is there a lot of different companies in

9       the gap between the company you just mentioned

10      and Cenac Towing?

11   A  Just one.

12   Q  Okay.  Let's just go through that one.  Which

13      company is that?

14   A  Gulf Intercoastal Marine.

15   Q  Okay.  What did you do over there?

16   A  I was laid off.  This was in -- when they had

17      the work slow down.  So, they shut down their

18      whole boating department and -- well, they

19      actually shut down a boat at a time.  And then

20      they would take the older or best or whatever

21      captains and move them to a boat they kept, and

22      lay off some of their newer less experienced

23      people.  When it got down to two boats, I was -

24      - I had moved -- I had been captain on the M/V

25      SUNSTONE and they shut it down and moved me

1   captain pushing those barges, I wanted to have

2   some information.  So, I went to school with

3   them and upgraded my license to a LG.  So, I'm

4   certified in dangerous liquids and liquefied

5   gases now.

6  Q  Okay.  At any point did any of those license

7   expire?  Did you not renew them?

8  A  No.  Nothing ever has expired.  And then the

9   latest, I guess would be, I'm on my third issue

10  -- actually, it's supposed to pick up today for

11  my designated examiner, Coast Guard designated

12  examiner for the program for training new

13  steersmen.

14  Q  Okay.  So, at the time in -- the time of this

15  incident, do you know what was your highest

16  certificate, captain's license?

17  A  Master of Towing Vessels.

18  Q  On December 19, 2012.

19  A  Master of Towing Vessels.  That would be great

20  lakes and inland waters, western rivers.

21  Q  Okay.  And then in addition to that you had all

22  the other ones you just previously mentioned?

23  A  Correct.

24  Q  Okay.  Any others?

25  A  No.

Page 22

```
1    A    I -- as far as I know, I mean I would be
2         guessing.
3    Q    Okay.
4    A    Whether they can even offer it or not.  I don't
5         know.
6    Q    Okay.
7    A    See, that would -- if you imagine the amount of
8         computer it takes to put Houston on there, to
9         have the whole nationwide set up there when
10        it's not an unusual position, I just can't see
11        them having it.  But I would be guessing.  I
12        don't think they even have --
13   Q    Right.  Okay.  What about the wheelhouse
14        training?  What's -- excuse me.  The advanced
15        wheelhouse training, is that what you said you
16        went through?
17   A    They -- they -- I think on the certificate they
18        call it advanced wheelhouse management.
19   Q    Okay.
20   A    Yeah.
21   Q    What did that entail?
22   A    They -- that's where they try to stress you out
23        and see how -- how well you handle stressful
24        situations.  One I can remember, coming down
25        through Morgan City they have three or four
```

Page 23

```
 1        radios set up where he's controlling other
 2        vessels.  They have guys calling you trying to
 3        buy crawfish, trying just to --
 4   Q    Right.
 5   A    -- throw you off your game.  People doing stuff
 6        that they normally wouldn't do in real life.  A
 7        loaded six pack coming out of twenty grand,
 8        which he would be looking at your red light and
 9        supposed to hold up since he's coming into the
10        river and you're downbound.
11   Q    Right.
12   A    And him wanting to go through.  And even though
13        you tell them to hold up, he's in a hurry and
14        goes through.  And you have to -- you're coming
15        down through bridges.  And they just want to
16        see how you handle it, how you handle the
17        radio, how do you handle the sticks.
18   Q    So, it's interactive --
19   A    Right.
20   Q    -- class?
21   A    Exactly.  And then a lot of it is also --
22        that's -- I guess you would call that the lab
23        work.  And then the rest of it is the professor
24        over there, George, is talking about why we're
25        doing this and some of the earlier classes they
```

| | | |
|---|---|---|
| 1 | | eastbound -- and I'm kind of going through the |
| 2 | | order of the vessels after the curfew is lifted |
| 3 | | and as the M/V TRISTEN starts moving -- well, |
| 4 | | the order of the vessels. |
| 5 | A | Right. |
| 6 | Q | Is it fair that once all the vessels started |
| 7 | | transversing eastbound that the lead vessel |
| 8 | | would have been the M/V TRISTEN? |
| 9 | A | Correct. |
| 10 | Q | And then you would have been following the M/V |
| 11 | | TRISTEN? |
| 12 | A | Correct. |
| 13 | Q | Okay. And do you know what vessels were behind |
| 14 | | you or any surrounding vessels? |
| 15 | A | It was an intersection. I think I was the only |
| 16 | | one northbound. And the BARRIOS boat was |
| 17 | | westbound behind the TRISTEN. It had been |
| 18 | | caught by the bridge. That one is a lift |
| 19 | | bridge. And BEVERLY BARRIOS had a structure on |
| 20 | | their barge and couldn't go underneath the |
| 21 | | bridge. |
| 22 | Q | Okay. |
| 23 | A | To my knowledge. |
| 24 | Q | And what is that based off of? |
| 25 | A | The height on the Bayou Dularge Bridge is |

Page 37

```
 1            forty-three feet (43').  Most boats can barely
 2            clear it.  If you have any kind of structure
 3            taller than your boat, you --
 4      Q     Is that something that somebody told you as far
 5            as --
 6                  MR. BALDWIN:
 7                       Let him answer the question.
 8      MR. PEULER:
 9      Q     I'm sorry.  I didn't mean to cut you off.
10      A     Yeah.  It's just this is our dock right here.
11            This is my home base.
12      Q     Okay.
13      A     So, yeah.  I'm at the Bayou Dularge Bridge, I
14            cross it on the way back and forth to work.
15            When our boat came out brand new, before we
16            even took fuel on it, went underneath this
17            bridge empty on fuel and water and got
18            underneath it to see what my boat clearance
19            was.  That's how I base my height of my boat
20            off of this Bayou Dularge Bridge.
21      Q     So, it's your personal experience around this
22            area is what you're --
23      A     Right.
24      Q     -- basing that opinion on?
25      A     And the fact that I -- they say he was holding
```

Page 39

```
 1        trial for the other.

 2   Q    Right.  Understood.

 3   A    At deposition.

 4   Q    Let me ask you, did you ever have any radio

 5        communication with the BEVERLY BARRIOS?

 6   A    Yes.

 7   Q    Okay.  When was that?

 8   A    The TRISTEN was loaded six pack and having to

 9        move slow or either having to move or couldn't

10        move any faster, but they were moving slow

11        through town.  The BEVERLY BARRIOS behind me

12        with an empty and I had two empties.  So, as

13        they're moving slow, one engine and clutch, I'm

14        catching the TRISTEN.  So, I was having to find

15        trees to get behind, take it out of gear, let

16        him get a little bit ahead of me.  And each

17        time I would do that, take it out of gear, I

18        would call the BARRIOS boat behind me and say,

19        "Slowing down a little bit."

20   Q    So you would announce to the BARRIOS that you

21        would be decreasing your speed?

22   A    Correct.

23   Q    Okay.  And that decrease of speed would have

24        been due to the speed of the TRISTEN in front

25        of you?
```

Page 40

```
 1   A   Right.  I'm the middle boat.  I can go no
 2       faster than the boat ahead of me.
 3   Q   Understood.  Now, this area what I'm kind of
 4       considering between the intersection where all
 5       the boats got in line, up until Cenac Bend --
 6       If we want to mark that.  Is this one-way
 7       traffic right here?
 8   A   You want to define one-way traffic?
 9   Q   As you're coming this way, are there other
10       boats going in the other direction at the same
11       time?
12   A   Normally or tonight, that night?
13   Q   Both.
14   A   Okay.  That night since the TRISTEN was
15       oversize tow and seventy feet (70') wide, they
16       had people holding to let him clear town before
17       they came in because of his width.
18            Normally, it just depends on the wind.
19       Daylight, nighttime, visibility, what tows you
20       have.  You can meet.  There's no restrictions
21       in town.  It's just common -- I mean I can tell
22       you every dock in there from Oil States to
23       Settoon Landing that sometimes has barges in
24       there, and oil services, and there's multiple
25       docks in there to where there's nowhere to hit
```

```
 1          the bank.  If you meet somewhere and it gets
 2          too tight, you can't just put it to the bank.
 3               So, for safety reasons, usually one-way
 4          traffic, but not by law, because of courtesy.
 5     Q    Understood.  As the TRISTEN -- and you had
 6          mentioned in pulling kind of in and out of gear
 7          or -- I don't want to mischaracterize what you
 8          just said, but as you were following the
 9          TRISTEN what type of navigational maneuvers,
10          for lack of a better term, did you have to make
11          in order to not run up against them?
12               MR. WELBORN:
13                    I object to form.
14               MR. BALDWIN:
15                    Same objection.  You can answer.
16     A    Okay.  This is at night and there is -- I have
17          empties.  He has loads.  There is a wind
18          blowing out the general southerly direction,
19          south, southeast.  So, anywhere that there is
20          buildings, or trees, or obstructions, you could
21          pretty much slow down, but then you hit an open
22          area with empties, it's going to want to slowly
23          set you onto all these docks over her.
24               So, knowing the whole area through Houma,
25          basically growing up on the boats there, I know
```

```
 1        where these open areas are.  And I know where
 2        the narrow sections are.  Right here at the
 3        Houma Twin Bridges is a narrowest section on
 4        the ICW, I believe anywhere.  So, I'm trying
 5        not to be right on this marine term taker box,
 6        you know, stealing his potatoes.  You have to
 7        leave a safe distance in between it because
 8        he's also slowing down to get through the
 9        bridge.  So, it's -- nothing is not set at five
10        and forget it, or set it at three and forget
11        it.  It's all constantly slowing down, speeding
12        up, staying a safe distance.
13   Q    Okay.  Do you recall the speed that y'all were
14        going at that time?
15            MR. BALDWIN:
16                Object to form.
17            MR. RAY:
18                Same objection.
19   A    No.  That's been two years.
20   MR. PEULER:
21   Q    Okay.  And I mean I guess we could -- the -- we
22        can get into this a little later, but the
23        material that we reviewed from the M/V MANNY,
24        would that also have the vessels in this
25        location going up from the intersection
```

```
 1   Q    The TRISTEN, okay.
 2   A    And like I say, this is just generally.  You
 3        know, I would have said I'm behind the TRISTEN.
 4        And then the BARRIOS would have said, "I'm
 5        behind the MANNY."
 6   Q    Right.
 7   A    That we're all in line, but it wouldn't be like
 8        every boat called every boat there.  It would
 9        just be we're coming through eastbound.  And
10        okay, we'll wait for you to get through and
11        then we'll go through westbound.
12   Q    Understood.   And throughout that whole time
13        period you're announcing if you're decreasing
14        your speed that there would be a decrease.  And
15        I'm -- it would be on the same channel as the
16        BEVERLY BARRIOS?
17   A    Right, Channel 13.
18             MR. RAY:
19                  Object to the form of the question.
20   MR. PEULER:
21   Q    What channel is that?
22             MR. WELBORN:
23                  Same objection.
24   A    Channel 13.
25   MR. PEULER:
```

1              So, it's a --

2    Q    I understand.  Do you know is there a certain

3         time that -- and this is a question based on

4         just your experience.  If you don't know, you

5         don't know.  When a vessel goes under certain

6         miles per hour that you would lose steerage?

7              MR. RAY:

8                   Object to the form.

9    A    It would depend on the vessel.

10             MR. BALDWIN:

11                  Same objection.

12   MR. PEULER:

13   Q    Depend on the vessel and what it's pushing?

14   A    Correct.

15   Q    Okay.  Okay.  So you're transversing eastbound

16        towards Cenac Bend.  At one point do you make a

17        decision, all right, I'm going to overtake the

18        TRISTEN?

19   A    Yes.

20   Q    Okay.  And when you made that decision, did you

21        call the TRISTEN and let them know?

22   A    Yes.

23   Q    Okay.  And did you get a response from the

24        TRISTEN?

25   A    Yes.

Page 49

1   Q    Okay.  Once you got that initial response from
2        the TRISTEN that you were going to be making
3        that -- that y'all had an agreement to pass,
4        did the TRISTEN ever tell you that it was going
5        to be slowing down or decreasing its speed?
6   A    No.
7   Q    Okay.  Do you think it was necessary for the
8        TRISTEN to decrease its speed in order for you
9        to overtake it due to the -- what they were
10       pushing versus the lack of what you were
11       pushing?
12            MR. WELBORN:
13                 Object to form.
14  A    I wouldn't -- if I would have needed them to
15       slow down, I would have asked.  I didn't need
16       it.
17  MR. PEULER:
18  Q    Okay.  So you didn't need them to slow down?
19  A    No.
20  Q    And you didn't ask them to slow down?
21  A    No.
22  Q    Okay.
23            MR. WELBORN:
24                 It sounds like we're winding up a jet.
25            MR. BALDWIN:

```
 1        anything?
 2             MR. WELBORN:
 3                  Object to form.
 4   A    What is long gone?
 5   MR. PEULER:
 6   Q    All right.  That's a bad question on my part.
 7        After you overtake the TRISTEN, do you receive
 8        anymore radio communication directly from the
 9        TRISTEN?
10   A    To and from the TRISTEN.
11   Q    Okay.  And did it start with the TRISTEN or did
12        it start with you?
13   A    It started with me.
14   Q    Okay.  And what did you say?
15   A    I said, "All clear," which is a common
16        courtesy.  He's six hundred feet (600') long.
17        He can't see that far out.  It's night time.
18        So, I said, "All clear, Captain," you know,
19        "have a good trip on east."  And I also told
20        him that something there was -- Dixie's got a
21        shipyard there and sometimes they have lights
22        on their barges, sometimes they don't.  So, I
23        told him his approximate distance to the
24        shipyard.
25   Q    The distance to the shipyard, okay.  After you
```

1       told him that communication, did he respond?

2   A   Yes.

3   Q   Okay.  Did -- what was his response?

4   A   "I ain't worried about it."

5   Q   Okay.  And then after he said that was there

6       any other radio communication between the two

7       of y'all?

8   A   Not for a few minutes until after I was clear

9       his tow, headed down the canal, actually

10      contacting vessels on the westbound tows.  The

11      next communication I had with the TRISTEN was

12      after the BEVERLY BARRIOS ran into his stern.

13  Q   Okay.  And you said that happened minutes after

14      you --

15  A   Yes.

16  Q   Okay.

17  A   I say minutes.

18  Q   Right.  When the communication was made after

19      the BEVERLY BARRIOS bumped the stern of the

20      TRISTEN, what did the captain of the TRISTEN?

21      Did he curse you out, try and blame you at

22      first?

23  A   I don't recall ever being cursed out by the

24      captain of the TRISTEN.

25  Q   Okay.  Did he try and put any blame on you for

```
 1          TRISTEN could be at a stop at that time?
 2              MR. RAY:
 3                  Object.
 4              MR. WELBORN:
 5                  Object to form.
 6   A    You're asking me to suppose things I don't know
 7        about.  I mean as far as I know any reasons,
 8        yeah, his engines could have both quit on him.
 9        I don't know this.
10   MR. PEULER:
11   Q    Right, right.
12   A    I don't know why he would have stopped.  He had
13        no reason that he had to stop.
14   Q    He didn't have to stop to let you -- to let you
15        pass him?
16   A    I'm capable of eight point six miles an hour
17        (8.6 mph).  I had empties.  You know, he had no
18        reason to slow down or stop for me.
19   Q    Right.
20   A    I'm capable.  I'm not saying I can do it in the
21        canal, but I'm capable of it.
22   Q    Right, right.  From the -- and I think you said
23        it had been a couple of minutes that had passed
24        from the time that you overtook the TRISTEN up
25        until the time that you heard the radio
```

```
 1        communication from the TRISTEN after the

 2        incident?

 3   A    Yeah.  I mean I'm not looking at a stopwatch.

 4        I say a couple of minutes.  It was a while.

 5   Q    Okay.

 6   A    It was two separate events.  He wasn't passing

 7        at the same time as me.  He was passing after

 8        me, so.

 9   Q    But during that time period did you have any

10        visual of him at all?

11             MR. BALDWIN:

12                  Object to form.

13             MR. WELBORN:

14                  Object to form.

15   MR. PEULER:

16   Q    Did you have any visual of the M/V TRISTEN once

17        you overtook it?

18   A    After I overtook him, no.  I was looking ahead

19        of me.

20   Q    Okay.  Distance wise, when you overtook the

21        TRISTEN, in that location do you know how far

22        the Intracoastal is in width?

23             MR. BALDWIN:

24                  Object to form.  You can answer if you

25             can.
```

Page 60

```
 1    A    I know that the Houma Twin Bridges is the
 2         narrowest section and Cenac Bend is about four
 3         or five times wider.  It's actually wider than
 4         the project width.  And I don't know the exact
 5         width.  I mean project depth I know is twelve
 6         feet (12').  Project width, what is it, one
 7         twenty-five (125), I believe.  So, it's wider
 8         than a hundred and twenty-five feet (125').
 9         I'm familiar with the slip right there, if you
10         want to -- that's TPL slip.  You can turn two
11         loads in six hundred feet (600') and your stern
12         squeezing the bank on one end when you're
13         turning on the other.  It's not six hundred
14         feet (600') wide, but it is very wide there or
15         I wouldn't have attempted to pass.
16    MR. PEULER:
17    Q    Right.  When you overtook the TRISTEN do you
18         know how far off of the bank they -- and this
19         would have been the right bank, starboard side
20         of your vessel, that the TRISTEN was.
21    A    South bank, no.
22    Q    South bank.  Okay.  Can you provide an estimate
23         or can't say one way or the other?
24         MR. WELBORN:
25              Object to form.
```

```
 1            deposition, it appeared to me like there was
 2            another settoon vessel kind of up in the bend.
 3    A       Right.  He was right there around TPL.  And
 4            he's the one that said, "I'll put it to the
 5            bank if I need to."  And that, along that bank
 6            right there, is where they tie off tows waiting
 7            to go into that.  Like I say, this is my home
 8            territory, so I know this.  Right on the
 9            outside of Cenac Bend, starting from the
10            southern step right there and on the tight end
11            views they show a sunk barge right about in
12            here.  And then right --
13    Q       That would be that sunken barge right there?
14    A       Yeah, right there.  And everywhere east of that
15            sunken barge you can get all the way into the
16            bank and catch lines in the trees to hold up.
17            So, if he needed to, he could have laid it on
18            the bank and been just the width of his barge
19            wide, but I never even had to have contact with
20            him again.  He said, "Is it all right if I go
21            ahead and jump around this tow so I can meet
22            it?"  And I said, "Well, you know, we're
23            getting pretty close."  He said, "Well, if I
24            have to, I'll put it on the bank."  I said,
25            "Fine with me."
```

1    Q    Okay.

2    A    So basically see you on the one and, you know.

3    Q    But he didn't -- your understanding is that he

4         didn't put it on the bank.  He just kept going

5         because --

6    A    He didn't have to.

7    Q    -- thought it was safe.

8    A    Yeah.

9    Q    Right.  Because the Settoon office is right

10        down --

11   A    They're actually, yeah, in between the Twin

12        Bridges --

13   Q    Right.

14   A    -- and the Bayou Dularge Bridge.  One of the

15        reasons where -- why you don't meet in six

16        packs in between there is because the Settoon's

17        office there.  They can put barges two wide and

18        it narrows the channel.

19   Q    Right.  I just want to make sure I get this

20        clear as far as when you just said on the east

21        bound side of the sunken barge is where they

22        would have --

23   A    Had deep water.

24   Q    -- had deeper water?

25   A    Right.

```
 1                    Yes.  Let's mark it right now as the
 2              next exhibit ("Exhibit 2").  Thank you,
 3              Jason.
 4              MR. WELBORN:
 5                    That's what I'm here for.
 6   MR. PEULER:
 7   Q   In that picture does that depict the location
 8       where you first would have made radio
 9       communication with the TRISTEN to overtake it?
10   A   No.
11   Q   It would have been further eastward?  I mean
12       further westward?
13   A   Further west, yes.
14              MR. RAY:
15                    That's the only picture you have like
16              that?
17              MR. WELBORN:
18                    Huh-uh.
19   A   I would have to call him ahead of time so he
20       would have time to get out the center of the
21       channel.
22   MR. PEULER:
23   Q   Okay.  And this --
24              MR. PEULER:
25                    Do you want to do these all in globo?
```

```
 1          It's just you know that that's the narrowest
 2          section, so you don't meet or overtake between
 3          the Oyster House anyone because, I mean you
 4          can't even be two little thirties couldn't --
 5    Q     Right.
 6    A     -- go by there.  It's just so narrow.  And then
 7          anything east of the Oyster House it would just
 8          depend on these two tows that are meeting or
 9          passing or they're seventy foot (70') wide six
10          pack, are they narrow, wide, what's their
11          capabilities of handling their tow, everything.
12          Just this is where you open up into your
13          meeting and passing situations.  This is no
14          meeting or passing.
15               So, now, I done forgot what the question
16          is.
17    Q     It was -- I was referring to the first time you
18          had made radio communication with the TRISTEN
19          informing them your intent to overpass --
20    A     We would have --
21    Q     -- overtake, excuse me.
22    A     We would have still been somewhere in this area
23          where you can't overtake that I would have
24          called them that way -- when you're running
25          down the canal, you run the middle.  That's
```

```
 1        where the deepest water is.  When you're
 2        meeting overtaking, that's when you have to
 3        give them room.  So, you don't wait until you
 4        start around them and then say I want to meet
 5        you to overtake you because then they're in the
 6        middle of the canal and you don't have room.
 7        So, you give them enough time to be able to set
 8        their tow where they want to be.
 9             So, I would have called somewhere in this
10        area.
11   Q    Somewhere -- when you say this area, that's
12        going to be somewhere between the Oyster House
13        and the --
14   A    Bridge.
15   Q    -- Houma Twin Bridge on Exhibit 3?
16   A    Right.  I would have called to say I want to
17        overtake you on your two whistle side when you
18        feel it's comfortable, you know, when you're
19        comfortable with it.  And then he would have
20        said, "All right.  Whenever you see it safe."
21        And this is just general.  I'm not sure what
22        happened exactly that night except he said,
23        "Yeah, come on around."  I'm not sure if he
24        said, "I'll tell you when," or whatever, but --
25   Q    You had no problems overtaking him?
```

```
 1   A     Oh, no.

 2   Q     Okay.

 3   A     And this, if you want to put it on while you --

 4         or you have it out, this is -- since we talked

 5         about it, circle right here.  That's the Dixie

 6         Shipyard that we talked about.

 7              MR. WELBORN:

 8                   You said Dixie?

 9   A     Yes.

10              MR. BALDWIN:

11                   Jeff, I'm not trying to interrupt your

12              train of thought.  We've been going about

13              an hour.  Whenever you're at a breaking

14              point, can we take a two minute break?

15              MR. PEULER:

16                   Take a break whenever.

17              MR. BALDWIN:

18                   Is now a good time?

19              MR. WELBORN:

20                   Yeah, that's fine.

21                        --BREAK TAKEN--

22   MR. PEULER:

23   Q     I may have already asked this; I'm not sure.

24         As far as the depth around where the TRISTEN

25         was located when you overtook it, are you aware
```

1           No problem.

2       MR. BALDWIN:

3           Are you okay, Cap, to keep going?

4       MR. WELBORN:

5           You good?  You ready?

6   A   Uh-huh.

7   EXAMINATION BY MR. WELBORN:

8   Q   Captain Walsh, my name is Jason Welborn.  I

9       previously introduced myself.  I represent Mr.

10      Bernard, who was the captain of the TRISTEN on

11      December 19, 2012.  I want to ask you a few

12      general questions and then we're going to move

13      through.  I want to back up to your designation

14      and license.  I believe you said you're on your

15      third issue as a designated examiner.

16  A   Correct.

17  Q   Tell me exactly what it is a designated

18      examiner does.

19  A   Coast Guard started a steersman program about,

20      I'm not sure exactly, maybe fifteen years ago.

21      I was one of the first, so I would say fifteen.

22      No, that would be ten years.  I'm starting my

23      third issue.  Instead of the old method where

24      you either went to a school up north and you

25      had the book learning, but didn't have any

```
 1        actual hands-on learning.  They call that the -
 2        - what we normally did in the south here was
 3        hauspite (phonetic).  You grew sort of as a
 4        deckhand and then you became a tankerman and
 5        you watched what was going on.  And get the
 6        captain to like you.  He taught you how to
 7        steer the boat and all.
 8              Well, with the new -- they have a towing
 9        officer assessment record.  They have
10        designated examiners.  And the Coast Guard
11        looks at your record to see if you're
12        qualified.  And then if you are, they let you
13        train steersmen to get into the wheelhouse.
14   Q    Now, when we talk about training steersmen to
15        get in the wheelhouse, is this something that's
16        done through Enterprise or does the Coast Guard
17        just randomly assign a person to go train with
18        you while you're working?
19   A    It's done through Enterprise.
20   Q    Through Enterprise.  And you would have trained
21        in your experience or in the past for
22        Enterprise, how many steersmen do you think you
23        have trained as a designated examiner?
24   A    I haven't trained many because where we pass
25        and what we carry, I just -- I don't feel it's
```

Page 89

```
 1    MR. WELBORN:

 2    Q    So, it's the traffic density?

 3    A    Correct.

 4    Q    It's the traffic, the proximity of traffic, as

 5         you're traversing the ICW?

 6    A    Correct.

 7    Q    These are things that you, as a prudent

 8         captain, take into account because it's

 9         something you encounter every day on the ICW?

10    A    Correct.

11    Q    And the frequency of traffic and the proximity

12         of traffic are two things that every prudent

13         captain must take into account because of the

14         number of times that you encounter situations

15         with traffic?

16    A    And it's getting more and more every day, more

17         and more tows on the water.

18    Q    The area where you are traversing on the day of

19         this accident, December 19, 2012, that is an

20         area that you have told us is your home base?

21    A    Correct.

22    Q    Traffic density in that area going through this

23         area is fairly high?

24    A    Different times of the day, different times of

25         the week, but yeah, on average I mean anything
```

1          you have in Houma is going to be the same thing

2          as you're getting in Larose.   So, there's

3          nowhere for them to -- so, traffic density is

4          the same all throughout the canal.   It's just

5          that it's narrower and less chances, less

6          places to meet there, but the density doesn't

7          change because it's a town.

8    Q     I understand.   This particular instance you

9          have density issue because of the narrowness of

10         the channel, people having to get out of the

11         way and wait for other tows to pass?

12   A     And because of some tows running slower than

13         others and less places to actually pass.   So,

14         it kind of concentrates your traffic.

15   Q     One of the hallmarks of a prudent captain is

16         communication with the surrounding vessels when

17         you're trying to make passes or make

18         arrangements for passes in areas such as

19         depicted going through Houma and the Cenac

20         Bend?

21   A     Correct.

22   Q     Without communication you have chaos?

23   A     Uh-huh.

24   Q     That's right?

25   A     To a point.

```
 1        just for them.  It's for you, you're doing
 2        this.  You're telling them, "I'm coming
 3        through.  You need to hold up." or, "I'm coming
 4        through.  You have a small -- what size tow do
 5        you have?"  "Oh, I've got just a little ole
 6        regulation."  "Well, I can't meet you between
 7        the Oyster House and the Twin Bridges, but if
 8        you want to come, I'll meet you between Settoon
 9        and the lounge there."
10             If they have a six pack, I can't meet you
11        anywhere.  You know, you need to hold up.
12        Which they're on a permit.  They would have to
13        hold up.
14    Q   Okay.  Now, in this instance when we're talking
15        about the area between the Oyster House and the
16        Houma Twin Bridges area, that is an area where
17        communication is highly important?
18    A   Very.
19    Q   And you need to communicate with vessels that
20        are both approaching from the east and vessels
21        you intend to overtake going west after this,
22        in order to let them know that you're coming
23        through an area where traffic is going to be
24        incredibly packed?
25    A   You would have to call the ones you're going to
```

```
 1        meet.  The ones you're going to overtake you
 2        would call them before you, you know, before
 3        you overtake them.  You wouldn't have to call
 4        them before the narrow section because you're
 5        not intending to take them in the narrow
 6        section.  The only time you would have to call
 7        them during the narrow section, like I
 8        explained earlier, would be so they could place
 9        their tow when it widens to where they're not
10        in the very center of the channel.
11   Q    And it's important for you to have that
12        communication so that the tows get into the
13        proper positions?
14   A    Correct.
15   Q    All right.  You, as a prudent captain in this
16        particular instance, made that call?
17   A    Correct.
18   Q    As to whether the BEVERLY BARRIOS' captain made
19        that call, you didn't know?
20             MR. PEULER:
21                  Objection.
22   A    It's two years ago.  I'm not sure.
23   MR. WELBORN:
24   Q    I understand.  I want to back up before we get
25        into the actual accident and I want to look at
```

1      are towing or the size of their tow?

2   A   No.

3   Q   Fair enough.  After the curfew is lifted and

4      you begin coming up through the city of Houma

5      in the ICW, you are following the TRISTEN?

6   A   Correct.

7   Q   Behind you, at some point, the BEVERLY BARRIOS

8      is able to enter, come through the intersection

9      with the Houma Nav and they come in behind you

10     on the ICW?

11  A   Correct.

12  Q   Now, at this point, you mentioned that you're

13     able to see behind you and you can see the

14     BEVERLY BARRIOS and its tow?

15  A   Correct.

16  Q   Tell me what you see.

17  A   I see barge lights, red, yellow and green

18     navigation lights.  And I occasionally see the

19     red and green on their boat.

20  Q   Okay.

21  A   And sometimes it's blocked because of what's in

22     front of them.

23  Q   As far as what the BEVERLY BARRIOS actually has

24     as its tow, what it's towing, do you know?

25  A   Pushing?

Page 107

1    Q    Pushing, yeah.

2    A    I don't know.  I just assume it's a piece of

3         equipment or a crane.  It's just a -- to me,

4         it's a shadow.

5    Q    This shadow, based on your visual observation,

6         you thought was too tall to go under the Bayou

7         Dularge Bridge?

8    A    I didn't try to guess his height, but -- I

9         don't know.

10              MR. PEULER:

11                  Yeah.  Objection.  Asked and answered.

12              He doesn't know.

13   MR. WELBORN:

14   Q    Well, I'm not sure if he knows or not.  He

15        mentioned earlier that he can see their tow and

16        he assumed it was too tall to go under the

17        Bayou Dularge bridge.  I'm telling -- I'm

18        trying to figure out how do you come to that

19        conclusion?

20   A    At that time I wasn't assuming anything.  He's

21        behind me.  I'm not worried about him except as

22        long as he don't hit me.  I'm not going to meet

23        him.  I'm not going to overtake him.  I'm not

24        assuming anything or thinking anything or --

25        all I'm doing is -- and occasionally when I

```
 1        would have to slow down, I'm on the radio

 2        calling them.  You know, I'm going to have to

 3        slow down a little bit.  I'm catching them too

 4        fast.

 5             So, I would call the BEVERLY BARRIOS and

 6        say, "All right, I'm cutting back a little

 7        bit."  And he would say, "Roger.  Okay.

 8        Gotcha.  I'm cutting back, too."

 9  MR. WELBORN:

10   Q    All right.

11   A    Then I would call again and say, "Okay.  I --

12        you know he's done pulled out a little distance

13        ahead of me again.  I'm going to come ahead on

14        it."  He said, "Okay.  I'm going to come ahead

15        on it, too."  So, we're constantly

16        communicating.

17   Q    Now, as you have come through the narrow area

18        that we've identified on Exhibit #3 as being

19        between the Oyster House and the Houma twin

20        bridges, you're in constant contact with the

21        BARRIOS or in contact with the BARRIOS every

22        time you have to slow down?

23             MR. BALDWIN:

24                Object to the form.  You can answer.

25   A    Between the Houma Twin Bridges and the Oyster
```

```
 1        when he was -- since he's only doing four and a
 2        half, five, right before he gets to the Oyster
 3        House, I'm coming through the bridge and
 4        probably making the same speed he is, maybe
 5        even a little bit better.  And I've called the
 6        BEVERLY BARRIOS.  I'm assuming that I called
 7        them.  I said, "All right.  I'm coming back
 8        ahead again on it."  And he's coming ahead,
 9        too.
10             So, we're playing catch up now.  So, we're
11        timing it.  Again, I have an AIS that's going
12        to show the meeting and overtaking points.  I'm
13        trying to time it to where when I get to a wide
14        section I'll be coming up on his stern with
15        steerage.
16    Q   Okay.  As you're following the TRISTEN between
17        the merger of the ICW and the Houma
18        Navigational Canal, do you have a line of
19        sight?  Can you see the TRISTEN?
20    A   This bend is there, but yes, most of the time I
21        can.
22    Q   All right.  And certainly you have them on AIS?
23    A   Right.
24    Q   Do you also have your radar settings?
25    A   Radar.
```

```
 1          on Exhibit 1 and proceeds into the Cenac Bend,
 2          were you able to visualize either through AIS
 3          or line of sight, the way the TRISTEN was
 4          operating?
 5     A    Through AIS.
 6     Q    Okay.  Did you have any problems with the way
 7          he maneuvered his vessel between the Houma Twin
 8          Bridge and the Cenac Bend, either through AIS
 9          data or your line of sight?
10     A    I had no problems with the way the captain
11          operated his vessel for the whole time he
12          started through Bayou Dularge bridge until the
13          time that -- I had no problem the way he ever
14          operated his vessel.  He did a good job.
15     Q    As far as the communications between yourself
16          and the TRISTEN, you felt the communication was
17          appropriate for the circumstances and the
18          passing that was being done?
19     A    From the time I cleared the bridge until the
20          time he cleared the Twin Bridges, there was no
21          communication because I wasn't attempting to
22          pass.  After I cleared the bridges and called
23          him to get around and greet on the two whistle,
24          his movements of his vessel were still where it
25          should be.
```

```
 1   Q   And the two whistle would be you're going to
 2       pass him on the port side with your starboard
 3       side?
 4   A   Correct.
 5   Q   All right.  You made that arrangement with him?
 6   A   Correct.
 7   Q   Did he follow that arrangement through the
 8       pass?
 9   A   Correct.
10   Q   You had no problems with his positioning of the
11       vessel?
12   A   Correct.
13   Q   You had no problems with his course or speed?
14   A   Correct.
15   Q   You had no problems with the way he maneuvered
16       the vessel while in the bend as you're
17       completing your pass?
18   A   No problem at all.
19   Q   You, after you completed the pass, you told us
20       you gave him the all clear?
21   A   Correct.
22   Q   He acknowledged the all clear?
23   A   Yes.
24   Q   And you drove on your way?
25   A   Correct.
```

```
 1   Q    No other attorneys that are in this room?

 2   A    No.

 3   Q    All right.  Now, when you -- after you pass the

 4        TRISTEN and gave the all clear, I'm sure your

 5        focus was on what is up river from you in your

 6        heading and on your way?

 7   A    Correct.

 8   Q    The LEXIE SETTOON, as far as communications

 9        with that vessel, which was a small tow that

10        was in the vicinity at the time this all

11        passing maneuver took place, did you have to

12        make any special arrangements with the LEXIE

13        SETTOON before you engaged in your passing

14        maneuver or overtaking maneuver of the TRISTEN?

15             MR. BALDWIN:

16                  Objection to form.  You can answer.

17   A    I was, to my recollection, I had already agreed

18        -- I had already talked with the TRISTEN.  He

19        had already agreed on the two.  I probably

20        already came ahead on my speed.  And noticed on

21        the AIS that he was coming this way.  And then

22        I called him and said, you know, "Hey, I'm

23        overtaking a tow right now."  And he said,

24        "Well, I'm just going to jump ahead up here and

25        get ahead of traffic."  He said, "It shouldn't
```

Page 122

```
 1          be a problem."  He said, "If it looks tight or
 2          you have any problem at all, I'll put it to the
 3          bank, all the way to the bank for you."
 4     Q    What are the dimensions of the Enterprise boat,
 5          the MANNY?
 6     A    The boat is seventy-five feet (75') long and
 7          thirty-two feet (32') wide.
 8     Q    And you were on the date of accident, December
 9          19th, pushing what?
10     A    The EMS 450, the EMS 451.
11     Q    Two barges?
12     A    Two barges.
13     Q    The dimensions of those barges are?
14     A    Two fifty by forty -- fifty-two (250X52).
15     Q    And they were abreast or stacked end to end?
16     A    They were end to end.
17     Q    All right.  So, two fifty by forty-two
18          (250x42).  So, you've got about five hundred
19          feet (500') of tow?
20     A    Correct.
21     Q    And you're about forty-two foot (42') wide.
22          What's the --
23     A    Fifty-two feet (52').
24     Q    Fifty-two feet (52') wide.  What's the width of
25          the MANNY?
```

1   A   MANNY is thirty-two feet (32').

2   Q   Thirty-two feet (32').  What is your

3       displacement?  Do you know?

4   A   Ninety-five (95) tons.

5   Q   And your draft?

6   A   On the boat eight foot six (8'6"), depending on

7       whether we have loads of fuel and water or not.

8   Q   In the area of Cenac Bend do you consider that

9       this passing, this overtaking maneuver, took

10      place in Cenac Bend?

11  A   I would call it coming out of Cenac Bend.

12  Q   Coming out of Cenac Bend.  In your experience

13      of captain is that an appropriate place to do

14      an overtaking maneuver?

15  A   In my experience, anywhere you're willing to

16      meet someone is somewhere you can overtake

17      someone.

18  Q   Certainly there's no prohibition about

19      overtaking in a bend?

20  A   Correct.

21  Q   There's no prohibition against allowing a

22      vessel to overtake you in a bend?

23  A   Correct.

24  Q   There's no prohibition for having to clear the

25      bend before you complete or before you begin an

1       overtaking maneuver?

2   A    Correct.

3   Q    All right.  Certainly with a draft of eight

4       foot six inches (8'6") you are traversing at

5       the point in Cenac Bend where you overtake, or

6       coming out of Cenac Bend where you overtake the

7       TRISTEN, you have more than eight point six

8       feet (8.6") of water?

9   A    That eight point six (8.6) you asked me what is

10       the length and width and the draft of the

11       MANNY.  That's on the paperwork, eight foot six

12       (8'6").  That changes according to whether

13       we've taken on fuel or not.  That would be max

14       loaded fuel and water.  I don't think we had

15       eight foot six (8'6").  That is our max draft.

16   Q    And what was your displacement again?

17   A    Ninety-five (95).

18   Q    As you're traversing in the area -- let me ask

19       you this way.  As you're overtaking the TRISTEN

20       and you're abreast of each other, you would

21       have been where in the ICW, mid-channel,

22       ascending bank, descending bank, what?

23   A    You don't have ascend or descending in the ICW.

24       That's only in the river.

25   Q    Okay.

```
 1   A    It would be a north or south bank.  The ICW
 2        runs east and west, so he would have been on
 3        the south bank.  I say south bank.  He would
 4        have been just to south of center where he felt
 5        comfortable and whatever is left is what I
 6        have.  He is the stand on vessel.  I'm the give
 7        way vessel.  So, what he leaves me is what I
 8        have.
 9   Q    So, in this particular instance because you are
10        overtaking him, he is the stand on vessel,
11        correct?
12   A    Correct.
13   Q    He has the right to position his vessel in the
14        waterway and where he feels comfortable?
15   A    To a certain point.
16   Q    Okay.
17   A    He is also on an oversize tow permit.
18   Q    With an oversize tow permit, in your
19        experience, you've pushed oversize tows?
20   A    Let me think.  Yes, out west.
21   Q    Okay.  When you have an oversize tow permit and
22        you are the stand on vessel --
23   A    Correct.
24   Q    -- you have to make way to some extent,
25        correct?
```

Page 126

```
 1    A    Correct.
 2    Q    But you are responsible for making sure that
 3         you also have safe room to navigate your barge
 4         and tow?
 5    A    Always.
 6    Q    And that means that he needs to place his
 7         vessel in a position that allows for the
 8         overtaking vessel to pass him, correct?
 9    A    Correct.
10    Q    And keeps his vessel safely within the amount
11         of water he needs to operate his tug and tow?
12    A    Correct.
13    Q    In this instance, based on your visual sight of
14         him as he's overtaking and your AIS location of
15         him, was he in an appropriate position at the
16         time you overtook him?
17    A    That's his decision; not my decision.  My
18         decision -- he has his share of the channel and
19         I have what's left.  If he would have given me
20         -- if he would have got wider off the bank and
21         left me less room, well that's just on me,
22         which is why I choose to pass him in this spot.
23         If you'll notice on your charts, all the
24         outside of this bend is all wooded.  There's
25         nothing there to hit; whereas, when you're
```

```
 1        coming through town you have docks.  You have
 2        little boat docks.  You have barges and up here
 3        is a shipyard.  This is just a wide easy
 4        channel.  North and south is all wooded.  So,
 5        if the worst came to worst, I mean just
 6        absolute worst, he would have had a problem and
 7        been even over in my side of the channel, I
 8        could have backed down and put it to the bank
 9        and passed later on.
10   Q    Fair enough.  Did he ever encroach into what
11        you've termed your side of the channel?
12   A    No, not at all.
13   Q    And you, with your five hundred feet (500')
14        long and fifty-two foot (52') wide, had plenty
15        of room to overtake him on the north bank of
16        the -- this is the north bank, right?
17   A    Correct.  North bank.
18   Q    -- on the north bank of the channel as you're
19        proceeding eastbound?
20   A    Correct.
21   Q    All right.  Now, when you talk about your
22        displacement, in the area where you had to pass
23        the TRISTEN, is your displacement affecting the
24        tows and tugs around you?
25            MR. BALDWIN:
```

1              Object to the form.  You can answer if

2         you can.

3    MR. WELBORN:

4    Q    If you know.

5    A    The question is not full of what's going on

6         there.  I see where you're trying to get.  The

7         ninety-five (95) ton displacement on my boat

8         has zero effect on anything.  It's the barges

9         you have to look at.  I have two barges, but I

10        have empties.  So, I'm causing -- y'all were

11        talking this morning.  I think he was talking

12        about a wake.  Okay.  Y'all's view as a lawyer

13        of a wake and a boat view of what a wake is --

14        there's two different parts of it.

15             With an empty, you're pulling the wave.

16        And that can affect a worker working on a

17        barge.  It can affect little sailboats that are

18        like corpse that would bounce around.  Okay.

19        That is wake.  Now, what the TRISTEN is doing,

20        and the reason he's running slow through town,

21        is he's pulling a suction.  He's got a nine and

22        a half foot (9.5') draft.  He's got six fifteen

23        hundred foot (1500') loads.  He's the one that

24        you're talking about displacement that is going

25        to affect everyone else.

```
 1              With empties and ninety-five (95) tons --
 2         you're talking ninety-five (95) tons.  He had
 3         six fifteen hundred (1,500) ton loads.  He has
 4         nine thousand (9,000) tons that he's messing
 5         with.  So, yes, that's ninety-five (95) tons is
 6         negligible .
 7    Q    Okay.  And that's my question.
 8    A    Right.
 9    Q    You don't, in your experience, Captain, with
10         the --
11    A    Right.
12    Q    -- MANNY, under the load that you have, you are
13         not pulling from the bank, are you?
14              MR. BALDWIN:
15                   Object to the form.  He's pushing
16              empties.
17  MR. WELBORN:
18    Q    I understand.  But it's still his tow.
19    A    Yeah.  With the tow I have I am not sucking the
20         water from up here.
21    Q    So, you would not expect your vessel, your
22         displacement, to pull him mid-channel as you
23         pass?
24    A    No, not at all.
25    Q    That was really what I'm getting at.
```

1    fairly constantly?

2  A   During town, more than just on a straight away,

3      yes.

4  Q   And your variance in speed would vary from

5      barely engaged or barely going forward --

6      clutch, I think you call it, correct?

7  A   Correct.

8  Q   All the way up to if you're pushing the type of

9      load you've got right now, what's your top

10     speed?

11 A   Empties I'm capable -- I'm a twenty-four

12     hundred horsepower boat.  I'm -- and that's

13     part of the -- what's great about working about

14     Enterprise, you look at tons, you know,

15     horsepower per ton is how well you can control

16     your tow.  And I had one of the smaller tows

17     actually an average two barge red flag tow is

18     six hundred feet (600').  They're pushing three

19     hundred by fifty-four (300x54).  I'm two fifty

20     by fifty-two (250x52) each, five hundred with

21     twenty-four hundred horsepower.

22         So, I have more maneuverability and control

23     and they're doing that to keep us safe,

24     personal, and to keep their barges from getting

25     in accidents, and you know, messing with the

```
 1   A    No.  I don't even think about it.  It's
 2        constant.  Yeah.
 3   Q    And if a person, such as the TRISTEN captain in
 4        this, had varied its speed during your
 5        overtaking maneuver by a mile and a half -- by
 6        a mile an hour or a half a mile an hour, would
 7        that give you any problems?
 8             MR. PEULER:
 9                  Objection to form.
10   MR. WELBORN:
11   Q    Go ahead.
12   A    It wouldn't give me no problem because I have
13        twenty-four hundred horsepower available that I
14        don't use, you know.  If I'm only running sixty
15        percent (60%) power, maybe, overtaking him,
16        that's the good thing.  I have all this
17        available horsepower to where if he don't slow
18        down or does slow down, it really doesn't
19        matter to me.  If I'm having a harder time
20        overtaking him, I give it more juice.  I have
21        the backup power.
22   Q    And if the captain of the TRISTEN gave you a
23        backing down or clutching half mile an hour
24        till you cleared him, do you have a problem
25        with that?
```

25

```
1              "Hey, you're involved in this.  I need you to
2         stop."
3                   MR. PEULER:
4                      Objection.
5    A    No.  He never asked me to stop.
6    MR. WELBORN:
7    Q    Okay.  He asked -- he said you're involved in
8         this.  Did he ask you anything else?
9    A    Nothing else.
10   Q    Did he ask you to make a report that you
11        recall?
12   A    No.
13   Q    Okay.  Your response to him saying, "Hey,
14        you're involved," was to leave him your
15        information?
16   A    Correct.
17   Q    And that way if it needed to be reported to the
18        Coast Guard you could report it to the Coast
19        Guard?
20   A    Correct.  He could report it to the Coast
21        Guard.
22   Q    He could report it to the Coast Guard.  Do you
23        recall -- and I mean if you say no, I want you
24        to tell me whether it's no, you don't recall,
25        or no, that didn't happen -- him asking you for
```

```
 1              Were you ever interviewed or contacted by

 2         the Coast Guard regarding this incident?

 3    A    No.

 4    Q    Did you report this incident to anyone at

 5         Enterprise the day of the incident or within a

 6         week or so?

 7    A    Within minutes.

 8    Q    You reported it to Enterprise?

 9    A    Yes.

10    Q    Who did you report it to?

11    A    Ray Sick.

12    Q    Okay.

13              MR. WELBORN:

14                   Say it.  What's his name?

15    A    Ray Sick.

16   MR. RAY:

17    Q    What did you tell Ray?

18    A    I said that two tows behind me just got in an

19         accident and the captain said that I was

20         involved in it.  Then I explained what had

21         happened, that I had already overtaken a tow,

22         and the tow behind me had actually hit him.

23         And basically we both laughed, to tell you the

24         truth because, you know, it's -- I had

25         completed my pass.  I said, you know, just
```

```
 1                    I thought he said yes.
 2          MR. PEULER:
 3               I'll just object.
 4          MR. BALDWIN:
 5               And you got the no?
 6  MR. RAY:
 7  Q    And to your recollection, the captain of the
 8       TRISTEN never accused you of cutting him off;
 9       is that correct?
10  A    Correct.
11  Q    The passing agreement between yourself, as
12       captain of the MANNY, and the captain of the
13       TRISTEN was executed as agreed; is that --
14  A    Correct.
15  Q    -- your understanding?  From what you perceived
16       with your own eyes, listening to the radio,
17       looking at the AIS, did the TRISTEN do anything
18       unusual or improper during your passing
19       agreement?
20  A    Let me think of this.
21  Q    Sure.
22  A    Unusual?  No.  He did what he was supposed to
23       do.  He stayed on -- you know, he left me room
24       to pass and I passed.  And the only thing
25       unusual would have been if he would have veered
```

1  would that be, in your opinion, more

2  communication than is necessary and prudent?

3   MR. PEULER:

4    Objection to form.

5 A It depends on the situation.  I was calling the

6  BEVERLY BARRIOS at probably two mile changes or

7  two or three mile an hour changes in course,

8  but that was because I knew he had restricted

9  visibility.  And I don't want anyone running on

10  my stern.  So, yes, I would say it, but not a

11  requirement, but everyone else is waiting.  No

12  one else is coming.  Radios are fairly quiet.

13  So, yeah, I said it, but not as a requirement,

14  you know, by rules or regulations, but just as

15  a courtesy.

16 MR. RAY:

17 Q How did you know that the BEVERLY BARRIOS had

18  restricted visibility?

19 A Because I could look over my shoulder and I

20  could see his barge and his -- basically a

21  shadow.  I could see the lights on his boat,

22  but I couldn't see them a hundred percent of

23  the time.  As he would -- if he was pointed

24  straight at me, the -- whatever he had on his

25  barge, and I still don't know what it was, but

1    Q    What direction is the current going?

2    A    Negligible current there.  When you're coming

3         in -- right here I was saying just to have a

4         little bit of a fair tide, but then once you

5         meet that intersection it kind of goes south

6         and there's very little current going through

7         Houma.  Not enough to effect loads or empties.

8    Q    When you said -- I'm trying to get the

9         terminology straight of what you said earlier

10        about put in clutch.  Would that be neutral, so

11        to speak, or would that be your lowest speed?

12   A    That would be just in gear.  Your wheels

13        turning, but no -- not hard, just -- clutch

14        would be either in neutral or in clutch or

15        quarter or half or three-quarter or hooked up.

16        Clutch would be just out of neutral.

17   Q    Okay.  And if you're traveling, say, three,

18        four miles an hour, in a situation like the

19        TRISTEN, pushing six loaded salt barges, and

20        you put it in neutral, you're obviously not

21        going to stop, correct?

22   A    Correct.

23   Q    Do you know how far you would drift or how much

24        of a decrease -- I know this is a compound

25        question, so I'll break this down if I have to.

```
 1   Q    -- the bow of the empty barge that you're
 2        pushing in front of the stern of the TRISTEN?
 3   A    No.  That was talking about a generalization.
 4        My object is to get the whole tow passing
 5        without hitting him or the bank.
 6   Q    Okay.
 7   A    Not just the nose, the whole thing.
 8   Q    Right.  And you did that in this case.
 9   A    Right.
10   Q    We know that.  But going into it was that your
11        mind frame?
12             MR. BALDWIN:
13                  Object to the form.  Asked and
14             answered.
15   A    My mind frame is just getting around him.  I
16        mean he -- what's his name, Bernard's name
17        again?  He -- he did what he was supposed to do
18        and left me enough room to make my pass.  So,
19        whether he -- as long as he gave me enough
20        room, I had zero concern with his speed.  I had
21        visibility.  I was using -- okay.  If you're
22        out there by yourself, you have the -- and
23        going around the bend or in a straightaway,
24        you've got the -- your starboard bank and your
25        port bank.  That's where you have -- that's
```

1    where you maneuver.

2         When you're overtaking a meeting, you have

3    the distance between their tow and the bank.

4    And that's where you're meeting.  He gave me

5    room the whole time.  The speed had less to do

6    with the room.  He gave me plenty of room.  So,

7    I had zero problems.

8         If he would have thought, okay, I need a

9    little bit more room on this side, and would

10    have moved over in tighter to me, I would have

11    moved a little bit more tighter over this way

12    and sooner or later would have got to a point

13    to where I would say, well, I don't have enough

14    room.  I'm going to go ahead and stop and we'll

15    try this again later on.  But that didn't

16    occur.

17         He put his tow where it should have been or

18    needed to be and left me plenty of room.  So, I

19    made my pass.

20  Q   And as you were coming around the bend and

21    you're referring to he had his tow where it

22    needed to be, when did you first visually -- or

23    -- strike that.

24         Where was your vessel, the MANNY, located?

25    Was it in the middle of the Intracoastal as you