1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LA CARRIERS, LLC, as owner and Operator of the M/V TRISTEN | CIVIL ACTION NO. 13-06731 c/w 14-203 |
| vs. | SEC. "L" MAG. #5 |
| FIVE B'S, INC. *in personam* M/V BEVERLY G. BARRIOS, *in rem* | JUDGE ELDON FALLON MAG. JUDGE MICHAEL NORTH |

**APPLIES TO ALL CASES**

DEPOSITION OF SHAWN BYARS

taken on Tuesday, March 25, 2015

in the LAW OFFICES OF STAINES & EPPLING,

3500 North Causeway Boulevard, Suite 820,

Metairie, LA  70002.

REPORTED BY:

DIANNE C. WININGER, CCR
Certified Court Reporter



DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFF
7910 MA
HOUMA
PHONE: (



2

<pre>
 1                  A P P E A R A N C E S
 2
 3   FOR THE PLAINTIFF:
 4          THE LAW OFFICE OF JASON M. WELBORN
            BY:  JASON M. WELBORN, ESQ.
 5          617 S. Buchanan Street
            Lafayette, LA  70501
 6
 7   FOR THE DEFENDANTS:
 8          STAINES & EPPLING
            BY:  JEFF D. PEULER, ESQ.
 9          3500 North Causeway Boulevard
            SUITE 820
10          Metairie, LA  70002
11
12          JONES WALKER, LLP
            BY:  WILLIAM C. BALDWIN, ESQ.
13          201 St. Charles Avenue
            Suite 5100
14          New Orleans, LA  70170
15
16          FRILOT, LLC
            BY:  R. PATRICK RAY, ESQ.
17          1100 Poydras Street
            Suite 3700
18          New Orleans, LA  70163
19
20
21
22
23
24
25
</pre>

DONEGAN, BARTELL & HENRY
1-800-259-6519

POST OFFICE BOX 1293    FAX (985) 447-8895    POST OFFICE BOX 3498
100 WEST FIFTH STREET                          7910 MAIN STREET
THIBODAUX, LA. 70302    www.dbhdepo.com        HOUMA, LA. 70361
PHONE: (985) 447-6519   Conference Rooms Available   PHONE: (985) 868-2265

3

<u>I N D E X</u>

<u>PAGE</u>

EXAMINATION BY:

| | |
|---|---|
| MR. WELBORN | 5 |
| MR. BALDWIN | 81 |
| MR. RAY | 93 |
| MR. PEUELER | 98 |

<u>E X H I B I T   I N D E X</u>

| | |
|---|---|
| Exhibit #1 - Map | 49 |
| Exhibit #2 - Map | 69 |
| Exhibit #3 - Google Earth Map | 110 |
| Exhibit #4 - Google Earth Map | 114 |

DONEGAN, BARTELL & HENRY
1-800-259-6519

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

4

## S T I P U L A T I O N

It is stipulated and agreed to by and between counsel that the deposition of SHAWN BYARS is hereby being taken pursuant to notice under the Federal Code of Civil Procedure for all purposes permitted under law.

All formalities, including those of sealing, certification, and filing, reading and signing are waived;

All objections, except those as to the form of the question and/or the responsiveness of the answer, are reserved until the time of the trial of this case. All objections are to be considered under C.C.P. Article 1443, Paragraph D.

\* \* \* \* \*

DIANNE C. WININGER, CCR, State of Louisiana, officiated in administering the oath to the herein witness.

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265

```
 1  collision with the TRISTEN that pass had been completed?
 2      A.  No.
 3      Q.  Did you hear any conversations after the
 4  collision between the TRISTEN's captain and the MANNIE?
 5      A.  Yes.
 6      Q.  Tell me about those.
 7      A.  The TRISTEN's captain started screaming at the
 8  captain of the MANNIE over the radio telling how it was
 9  his fault and all this stuff.
10      Q.  Do you remember specifically what was said?
11      A.  I can't remember the exact words used, but that
12  was the gist of the conversation.  There were a few words
13  there I'm not going to have her type.
14      Q.  He was cussing?
15      A.  Yes.
16      Q.  And did he say you need to come back, you're
17  involved?
18      A.  Yes.
19      Q.  Did he ever say it is your fault or you need to
20  come back you're at --
21      A.  No.  He said it was your fault.  He blamed the
22  guy on the MANNIE for the accident.
23      Q.  Did you hear any reasons given?
24      A.  (The witness shakes his head.)
25      Q.  More cuss words?
```

DONEGAN, BARTELL & HENRY
1-800-259-6519
FAX (985) 447-8895
www.dbhdepo.com
Conference Rooms Available

POST OFFICE BOX 1293
100 WEST FIFTH STREET
THIBODAUX, LA. 70302
PHONE: (985) 447-6519

POST OFFICE BOX 3498
7910 MAIN STREET
HOUMA, LA. 70361
PHONE: (985) 868-2265